[No. 6149–1. Division One. December 26, 1978.]

MURRAY DUSTIN, *Appellant,* v. BIG BEND COMMUNITY COLLEGE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 50221, Jack S. Kurtz, J., entered December 6, 1977. *Affirmed* by unpublished opinion per Andersen, A.C.J., concurred in by Swanson and Dore, JJ.

[No. 3180–2. Division Two. December 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RALPH ARNOLD BENDEL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 9719, John N. Skimas, J., entered October 28, 1977. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 3137–2. Division Two. December 28, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFERSON J. SAWYER, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 4703, Gerald B. Chamberlin, J., entered September 9, 1977. *Reversed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.